UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **EAST COAST ADVANCED PLASTIC SURGERY,** | Civ. No. 18-7718 (KM) (MAH) |
| **Plaintiff,** | **ORDER** |
| v. | |
| **HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY, JOHN AND JANE DOES 1-10, AND ABC CORPORATIONS 1-10,** | |
| **Defendants.** | |

**THIS MATTER** having come before the Court upon a motion of plaintiff East Coast Advanced Plastic Surgery ("ECAPS") to remand this matter to state court (DE 5); and Magistrate Judge Michael A. Hammer having issued a Report and Recommendation (DE 22) that the Court grant the motion to remand; and the parties having filed an objection, response, and reply to the Report and Recommendation (DE 23, 24,25); for the reasons stated therein, and in the accompanying Opinion;

**IT IS** on this 26th day of November 2018,

**ORDERED** that this Court adopts Magistrate Judge Hammer's Report and Recommendation (DE 22); and

**IT IS FURTHER ORDERED** that the objection (DE 23) of defendant Horizon Blue Cross Blue Shield of New Jersey ("BCBS") objections is overruled; and

**IT IS FURTHER ORDERED** that the plaintiff's motion to remand (DE 5 is **GRANTED**, and the case is remanded to the Superior Court of New Jersey, Bergen County; and

1

**IT IS FURTHER ORDERED** that BCBS's motion to dismiss (DE 4) is terminated without prejudice as moot; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mark this matter as closed.

Dated: November 26, 2018

**Kevin McNulty**
**United States District Judge**